UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 16 2017

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-17-361 |
| FAVIAN ANTHONY VEGA | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about May 14, 2014, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**FAVIAN ANTHONY VEGA,**

did knowingly subscribe as true, under penalty of perjury pursuant to 28 U.S.C. § 1746, a false statement with respect to a material fact in a Form I-129, Petition for a Nonimmigrant Worker, that is, defendant indicated that his business had a gross annual income of $9,849,000, and needed full time layout workers to perform work in Nueces County, Texas, which statement the defendant then and there knew was false, when in truth the defendant's company had no annual income and no need, for fulltime layout workers in Nueces County, Texas.

In violation of Title 18, United States Code, Section 1546(a).

TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

_____
WILLIAM HAGEN
Assistant United States Attorney